ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
RICHARD A. JACKSON (State Bar No. 186903)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
CHILD DEVELOPMENT
INCORPORATED, CONTINUING
DEVELOPMENT INCORPORATED,
and CHILD DEVELOPMENT CENTERS



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD DEVELOPMENT INCORPORATED, a California corporation; CONTINUING DEVELOPMENT INCORPORATED, a California corporation; CHILD DEVELOPMENT CENTERS, a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>FOUNDATION INSURANCE COMPANY, a South Carolina corporation; INSERVE CORPORATION, a North Carolina corporation; TARHEEL INSURANCE MANAGEMENT COMPANY, a Delaware corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation<br><br>Defendants. | Case No. C 04-1909 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCLOSURE**<br><br>Complaint Filed: 5/14/04 |

The parties hereby stipulate and agree as follows:

1. The parties have agreed to proceed with a private mediation in advance of the close of discovery in order to explore the possibility of a voluntary settlement prior to incurring the expense of completing all discovery necessary for trial. Toward that end, and in order to obviate the need to incur the expense of preparation and exchange of expert reports at a time when it appears that the case may be amenable to settlement through mediation, the

parties have agreed to defer the date by which expert witnesses are to be disclosed, and their reports are to be exchanged, until 30 days after completion of the mediation. The parties expect said mediation will take place in September or early October of 2005.

Dated: August 1, 2005                ROGERS JOSEPH O'DONNELL & PHILLIPS

                                     /s/
                                By: _____
                                     PAUL M. ZIEFF

                                     Attorneys for Plaintiffs
                                     CHILD DEVELOPMENT
                                     INCORPORATED, CONTINUING
                                     DEVELOPMENT INCORPORATED, and
                                     CHILD DEVELOPMENT CENTERS

Dated: _____, 2005          FOLEY & LARDNER LLP


                                By: _____
                                     MICHAEL A. NARANJO

                                     Attorneys for Defendant
                                     CLARENDON NATIONAL INSURANCE
                                     COMPANY

Dated: _____, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By: _____
                                     MICHAEL K. JOHNSON

                                     Attorneys for Defendants INSERVE
                                     CORPORATION, TARHEEL INSURANCE
                                     MANAGEMENT COMPANY and
                                     FOUNDATION INSURANCE COMPANY

           IT IS SO ORDERED.


Dated: _____, 2005          _____
                                     UNITED STATES DISTRICT JUDGE

1  parties have agreed to defer the date by which expert witnesses are to be disclosed, and their
2  reports are to be exchanged, until 30 days after completion of the mediation. The parties
3  expect said mediation will take place in September or early October of 2005.

4  Dated: August 1, 2005                    ROGERS JOSEPH O'DONNELL & PHILLIPS

                                            By: /s/
                                            _____
                                            PAUL M. ZIEFF

                                            Attorneys for Plaintiffs
                                            CHILD DEVELOPMENT
                                            INCORPORATED, CONTINUING
                                            DEVELOPMENT INCORPORATED, and
                                            CHILD DEVELOPMENT CENTERS

10 Dated: _August 1_, 2005                  FOLEY & LARDNER LLP

                                            By: _____
                                            MICHAEL A. NARANJO

                                            Attorneys for Defendant
                                            CLARENDON NATIONAL INSURANCE
                                            COMPANY

16 Dated: _____, 2005              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            By: _____
                                            MICHAEL K. JOHNSON

                                            Attorneys for Defendants INSERVE
                                            CORPORATION, TARHEEL INSURANCE
                                            MANAGEMENT COMPANY and
                                            FOUNDATION INSURANCE COMPANY

            IT IS SO ORDERED.

25 Dated: _____, 2005
                                            _____
                                            UNITED STATES DISTRICT JUDGE

1  parties have agreed to defer the date by which expert witnesses are to be disclosed, and their
2  reports are to be exchanged, until 30 days after completion of the mediation. The parties
3  expect said mediation will take place in September or early October of 2005.

Dated: August 1, 2005                     ROGERS JOSEPH O'DONNELL & PHILLIPS

                                          By: ___/s/_____
                                               PAUL M. ZIEFF

                                          Attorneys for Plaintiffs
                                          CHILD DEVELOPMENT
                                          INCORPORATED, CONTINUING
                                          DEVELOPMENT INCORPORATED, and
                                          CHILD DEVELOPMENT CENTERS

Dated: _____, 2005              FOLEY & LARDNER LLP


                                          By: _____
                                               MICHAEL A. NARANJO

                                          Attorneys for Defendant
                                          CLARENDON NATIONAL INSURANCE
                                          COMPANY

Dated: __8/1_____, 2005              LEWIS BRISBOIS BISGAARD & SMITH LLP


                                          By: _____
                                               MICHAEL K. JOHNSON

                                          Attorneys for Defendants INSERVE
                                          CORPORATION, TARHEEL INSURANCE
                                          MANAGEMENT COMPANY and
                                          FOUNDATION INSURANCE COMPANY

IT IS SO ORDERED.


Dated: __August 02_____, 2005             ___/s/ James Ware_____
                                          UNITED STATES DISTRICT JUDGE