ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
RICHARD A. JACKSON (State Bar No. 186903)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
CHILD DEVELOPMENT
INCORPORATED, CONTINUING
DEVELOPMENT INCORPORATED,
and CHILD DEVELOPMENT CENTERS

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD DEVELOPMENT INCORPORATED; CONTINUING DEVELOPMENT INCORPORATED; CHILD DEVELOPMENT CENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUNDATION INSURANCE COMPANY; INSERVE CORPORATION; TARHEEL INSURANCE MANAGEMENT COMPANY; CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No. C 04-1909 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: 5/14/04 |

The parties hereby stipulate and agree as follows:

1. In order to accommodate a scheduling conflict of counsel for plaintiffs, the case management conference currently scheduled for September 19, 2005, at 10:00 a.m.

///

///

///

///

///

Page 1

Stipulation and [Proposed] Order Re Continuance of Case Management Conference -- Case No: C 04-1909 JW

238694.1

1 | will be vacated and a Case Management Conference will be held instead on October 3, 2005
2 | at 10:00 a.m.

3 | Dated: September 9, 2005    ROGERS JOSEPH O'DONNELL & PHILLIPS

4 |                              By: _____/s/_____
5 |                                  PAUL M. ZIEFF
                                     Attorneys for Plaintiffs
6 |
7 |                              CHILD DEVELOPMENT
                                 INCORPORATED, CONTINUING
                                 DEVELOPMENT INCORPORATED, and
8 |                              CHILD DEVELOPMENT CENTERS

9 |
10 | Dated: September 9, 2005    FOLEY & LARDNER LLP

11 |                             By: _____
12 |                                 MICHAEL A. NARANJO
13 |
                                Attorneys for Defendant
                                CLARENDON NATIONAL
14 |                            INSURANCE COMPANY

15 | Dated: September 9, 2005    LEWIS BRISBOIS BISGAARD & SMITH LLP

16 |
17 |                             By: _____
                                    MICHAEL K. JOHNSON
18 |
                                Attorneys for Defendants INSERVE
19 |                             CORPORATION, TARHEEL
                                INSURANCE MANAGEMENT
20 |                            COMPANY and FOUNDATION
                                INSURANCE COMPANY

21 |
22 |        IT IS SO ORDERED.

23 |
24 | Dated: September 14, 2005       /s/ James Ware
                                     UNITED STATES DISTRICT JUDGE
25 |
26 |
27 |
28 |

Page 2
Stipulation and [Proposed] Order Re Continuance of Case Management Conference -- Case No: C 04-1909 JW
238694.1

will be vacated and a Case Management Conference will be held instead on October 3, 2005 at 10:00 a.m.

Dated: September 9, 2005

ROGERS JOSEPH O'DONNELL & PHILLIPS

By: /s/
PAUL M. ZIEFF
Attorneys for Plaintiffs

CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

Dated: September 9, 2005

FOLEY & LARDNER LLP

By: [signature]
MICHAEL A. NARANJO

Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY

Dated: September 9, 2005

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MICHAEL K. JOHNSON

Attorneys for Defendants INSERVE CORPORATION, TARHEEL INSURANCE MANAGEMENT COMPANY and FOUNDATION INSURANCE COMPANY

IT IS SO ORDERED.

Dated: September 14, 2005

/s/ James Ware
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | will be vacated and a Case Management Conference will be held instead on October 3, 2005 |
| 2 | at 10:00 a.m. |

Dated: September 9, 2005           ROGERS JOSEPH O'DONNELL & PHILLIPS

By: /s/
_____
PAUL M. ZIEFF
Attorneys for Plaintiffs
CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

Dated: September 9, 2005.          FOLEY & LARDNER LLP

By: _____
MICHAEL A. NARANJO

Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY

Dated: September 9, 2005           LEWIS BRISBOIS BISGAARD & SMITH LLP

By: [signature]
_____
MICHAEL K. JOHNSON

Attorneys for Defendants INSERVE CORPORATION, TARHEEL INSURANCE MANAGEMENT COMPANY and FOUNDATION INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____, 2005

_____
UNITED STATES DISTRICT JUDGE