IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Child Development Incorporated et al., | NO. C 04-01909 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Foundation Insurance Company et al., | |
| Defendant(s). | |

The case management conference presently scheduled on November 21, 2005 is vacated. The new case management conference is scheduled for **December 12, 2005** to coincide with Defendant Foundation's motion to stay the instant proceeding. Please take notice that the case will be called at **9 a.m.** for the purpose of oral arguments on the motion, and **10 a.m.** for the case management conference.

If there are any changes with respect to the parties' disposition from now until December 12, 2005, the parties shall file an updated joint case management statement no later than ten days before the conference pursuant to the Civil Local Rules of this Court.

Dated: November 15, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen kaufman@lbbslaw.com
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul M. Zieff pzieff@rjop.com

**Dated: November 15, 2005**            **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers**
         **Ronald L. Davis**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California