**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10    Child Development Incorporated et al.,              NO. C 04-01909 JW

11                        Plaintiff(s),              **ORDER CONTINUING HEARING DATE
                                                     FOR MOTION TO STAY AND CASE**
        v.                                           **MANAGEMENT CONFERENCE**
12
      Foundation Insurance Company et al.,
13
                          Defendant(s).
14    _____/

15          The motion to stay and case management conference currently set for December 12, 2005 are

16    continued to January 30, 2006 at 9:00 a.m.

17    Dated: November 29, 2005                          /s/James Ware_____
                                                        JAMES WARE
18                                                      United States District Judge

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen kaufman@lbbslaw.com
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul M. Zieff pzieff@rjop.com


**Dated: November 29, 2005**                    **Richard W. Wieking, Clerk**


                                        **By:   /s/JW Chambers**
                                            **Ronald L. Davis**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California