**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION
10

| | |
|---|---|
| Child Development Incorporated, et al., | NO. C 04-01909 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| Foundation Insurance Company, et al., | |
| Defendants. | |

The preliminary pretrial conference currently scheduled for March 31, 2006 is continued to coincide with the case management conference currently scheduled for May 1, 2006 at 10:00 a.m. The parties shall file a preliminary pretrial statement pursuant to the Local Rules on or before April 21, 2006.

Dated: April 5, 2006

04eciv1909ctdpptc

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen kaufman@lbbslaw.com
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul M. Zieff pzieff@rjop.com

**Dated: April 5, 2006**               **Richard W. Wieking, Clerk**

**By:__/s/ JW Chambers_____**
    **Melissa Peralta**
    **Courtroom Deputy**

**United States District Court**
For the Northern District of California