**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Child Development Incorporated, et al., | NO. C 04-01909 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CONFERENCE** |
| Foundation Insurance Company, et al., | |
| Defendants. / | |

Based on the parties' Supplemental Joint Case Management Statement (Docket Item No. 92), the Court continues the conference currently scheduled for May 1, 2006, to Monday, June 12, 2006 at 10:00 a.m.

Dated: April 27, 2006               /s/ James Ware
04eciv1909ctdconf                    JAMES WARE
                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen kaufman@lbbslaw.com
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul M. Zieff pzieff@rjop.com

**Dated: April 27, 2006**                                   **Richard W. Wieking, Clerk**

                                                            **By:_/s/ JW Chambers_____**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California