ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD DEVELOPMENT INCORPORATED; CONTINUING DEVELOPMENT INCORPORATED; CHILD DEVELOPMENT CENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUNDATION INSURANCE COMPANY; INSERVE CORPORATION; TARHEEL INSURANCE MANAGEMENT COMPANY; CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No. C 04-1909 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: 5/14/04 |

The parties hereby stipulate and agree as follows:

1.  In order to accommodate a scheduling conflict of counsel, the case management conference currently scheduled for June 12, 2006, at 10:00 a.m. will be vacated

///

///

///

///

///

and a Case Management Conference will be held instead on June 19, 2006 at 10:00 a.m.

Dated: May 16, 2006   ROGERS JOSEPH O'DONNELL & PHILLIPS

By: /s/
_____
PAUL M. ZIEFF
Attorneys for Plaintiffs

CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

Dated: May ___, 2006   FOLEY & LARDNER LLP

By: _____
EILEEN RIDLEY

Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY

Dated: May ___, 2006   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MICHAEL K. JOHNSON

Attorneys for Defendants INSERVE CORPORATION, TARHEEL INSURANCE MANAGEMENT COMPANY and FOUNDATION INSURANCE COMPANY

IT IS SO ORDERED.

Dated: June 9, 2006

_____
UNITED STATES DISTRICT JUDGE

```
1  and a Case Management Conference will be held instead on June 19, 2006 at 10:00 a.m.
2  Dated: May 10, 2006                    ROGERS JOSEPH O'DONNELL & PHILLIPS
3                                                          /s/
                                          By: _____
4                                              PAUL M. ZIEFF
                                               Attorneys for Plaintiffs
5
                                               CHILD DEVELOPMENT
6                                              INCORPORATED, CONTINUING
                                               DEVELOPMENT INCORPORATED, and
7                                              CHILD DEVELOPMENT CENTERS
8
   Dated: May ___, 2006                   FOLEY & LARDNER LLP
9
10                                        By: _____
                                               EILEEN RIDLEY
11
                                               Attorneys for Defendant
12                                             CLARENDON NATIONAL
                                               INSURANCE COMPANY
13
   Dated: May 10, 2006                    LEWIS BRISBOIS BISGAARD & SMITH LLP
14
15                                        By: _____
16                                             MICHAEL K. JOHNSON

17                                             Attorneys for Defendants INSERVE
                                               CORPORATION, TARHEEL
18                                             INSURANCE MANAGEMENT
                                               COMPANY and FOUNDATION
19                                             INSURANCE COMPANY

20          IT IS SO ORDERED.
21
22
23 Dated: _____, 2006
                                          _____
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28
```

1 | and a Case Management Conference will be held instead on June 19, 2006 at 10:00 a.m.

2 | Dated: May 10, 2006

ROGERS JOSEPH O'DONNELL & PHILLIPS

By: /s/
PAUL M. ZIEFF
Attorneys for Plaintiffs
CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

Dated: May 30, 2006

FOLEY & LARDNER LLP

By: _____
EILEEN RIDLEY

Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY

Dated: May 16, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MICHAEL K. JOHNSON

Attorneys for Defendants INSERVE CORPORATION, TARHEEL INSURANCE MANAGEMENT COMPANY and FOUNDATION INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____, 2006

UNITED STATES DISTRICT JUDGE