ROGERS JOSEPH O'DONNELL & PHILLIPS
PAUL M. ZIEFF (State Bar No. 100520)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiffs
CHILD DEVELOPMENT INCORPORATED, CONTINUING DEVELOPMENT INCORPORATED, and CHILD DEVELOPMENT CENTERS

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD DEVELOPMENT INCORPORATED; CONTINUING DEVELOPMENT INCORPORATED; CHILD DEVELOPMENT CENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>FOUNDATION INSURANCE COMPANY; INSERVE CORPORATION; TARHEEL INSURANCE MANAGEMENT COMPANY; CLARENDON NATIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No. C 04-1909 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE<br><br>Complaint Filed: 5/14/04 |

The parties hereby stipulate and agree as follows:

1. On June 6, 2006 the parties participated in a full-day mediation with Judge Richard Silver (Ret.) of JAMS serving as mediator. Although a settlement has not been reached the parties continue to explore settlement with the assistance of Mediator Silver, and have agreed to hold matters in abeyance for 30 days.

///

///

///

///

1      2. In view of the foregoing, the parties propose that the June 19, 2006
2  Scheduling Conference be continued for 45-60 days.

3  Dated: June 15, 2006      ROGERS JOSEPH O'DONNELL & PHILLIPS

4                                            /s/
                                         By: _____

5                                                PAUL M. ZIEFF
                                              Attorneys for Plaintiffs

6

7                                                CHILD DEVELOPMENT
                                              INCORPORATED, CONTINUING
                                              DEVELOPMENT INCORPORATED, and

8                                                CHILD DEVELOPMENT CENTERS

9

10 Dated: June ___, 2006      FOLEY & LARDNER LLP

11                                          By: _____

12                                               EILEEN RIDLEY

13                                               Attorneys for Defendant
                                              CLARENDON NATIONAL
14                                               INSURANCE COMPANY

15 Dated: June ___, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP

16

17                                          By: _____
                                              MICHAEL K. JOHNSON

18                                               Attorneys for Defendants INSERVE
                                              CORPORATION, TARHEEL
19                                               INSURANCE MANAGEMENT
                                              COMPANY and FOUNDATION
20                                               INSURANCE COMPANY

21

22         IT IS SO ORDERED.

23

24 Dated: _____, 2006

25                                               UNITED STATES DISTRICT JUDGE

26

27

28

| | |
|---|---|
| 1 | 2. In view of the foregoing, the parties propose that the June 19, 2006 |
| 2 | Scheduling Conference be continued for 45-60 days. |

Dated: June___, 2006                ROGERS JOSEPH O'DONNELL & PHILLIPS

                                                  /s/
                                  By: _____
                                      PAUL M. ZIEFF
                                      Attorneys for Plaintiffs
                                      CHILD DEVELOPMENT
                                      INCORPORATED, CONTINUING
                                      DEVELOPMENT INCORPORATED, and
                                      CHILD DEVELOPMENT CENTERS

Dated: June _16_, 2006              FOLEY & LARDNER LLP

                                  By: _____
                                      EILEEN RIDLEY
                                      Attorneys for Defendant
                                      CLARENDON NATIONAL
                                      INSURANCE COMPANY

Dated: June ___, 2006               LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By: _____
                                      MICHAEL K. JOHNSON
                                      Attorneys for Defendants INSERVE
                                      CORPORATION, TARHEEL
                                      INSURANCE MANAGEMENT
                                      COMPANY and FOUNDATION
                                      INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____, 2006

                                      UNITED STATES DISTRICT JUDGE

2. In view of the foregoing, the parties propose that the June 19, 2006 Scheduling Conference be continued for 45-60 days.

Dated: June___, 2006      ROGERS JOSEPH O'DONNELL & PHILLIPS

                          By: /s/
                          _____
                          PAUL M. ZIEFF
                          Attorneys for Plaintiffs

                          CHILD DEVELOPMENT
                          INCORPORATED, CONTINUING
                          DEVELOPMENT INCORPORATED, and
                          CHILD DEVELOPMENT CENTERS

Dated: June ___, 2006     FOLEY & LARDNER LLP

                          By: _____
                          EILEEN RIDLEY

                          Attorneys for Defendant
                          CLARENDON NATIONAL
                          INSURANCE COMPANY

Dated: June 15, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP

                          By: [signature]
                          _____
                          MICHAEL K. JOHNSON
                          ERIC KAUFMAN-COHEN
                          Attorneys for Defendants INSERVE
                          CORPORATION, TARHEEL
                          INSURANCE MANAGEMENT
                          COMPANY and FOUNDATION
                          INSURANCE COMPANY

IT IS SO ORDERED.

In light of the parties' stipulation, the case management conference presently scheduled for June 19, 2006 is continued to September 11, 2006 at 10 a.m.

Dated: June 16, 2006      [signature: James Ware]
                          _____
                          UNITED STATES DISTRICT JUDGE