IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Child Development Incorporated et al., | NO. C 04-01909 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Foundation Insurance Comp. et al., | |
| Defendants. | |

On its own motion, the Court continues the case management conference currently scheduled for September 11, 2006 to **October 16, 2006 at 10:00 a.m.** The parties shall file an updated joint case management statement no later than ten (10) days prior to the date of the conference.

Dated: September 1, 2006

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen kaufman@lbbslaw.com
3 George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
4 Michael K. Johnson johnsonm@lbbslaw.com
Paul M. Zieff pzieff@rjop.com

**Dated: September 1, 2006**                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
          **Courtroom Deputy**