IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Child Development Inc., et al., | NO. C 04-01909 JW |
|       Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Foundation Insurance Company, et al., | |
|       Defendants. | |

The Court conducted a case management conference on November 6, 2006. In light of the discussion with the parties' counsel, the Court orders the parties to appear before Magistrate Judge Lloyd for a settlement conference. The parties shall contact the chambers of Judge Lloyd within ten (10) days of this Order to schedule a conference on a date no later than December 29, 2006. All parties with full settlement authority shall appear on a date to be set by Judge Lloyd's Chambers. Specifically, coverage counsel as well as at least one authorized representative from the insurance carrier shall be present at this conference.

A further case management conference is set for **Monday, January 22, 2007 at 10:00 a.m.** The parties shall file a joint statement ten days before the date of the conference updating the Court as to the status of settlement discussions.

Dated: November 6, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen eric.kaufman-cohen@usdoj.gov
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul Michael Zieff pzieff@rjop.com

**Dated: November 6, 2006**                            **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California