*E-filed 12/18/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHILD DEVELOPMENT INC. et al., | Case No. C04-01909 JW |
| Plaintiffs, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| FOUNDATION INSURANCE CO. et al., | |
| Defendants. / | |

A further settlement conference will be conducted on **Wednesday, December 20, 2006 at 1:30 PM** in Courtroom 2.  Andrew Riche will appear in person as the client representative for American International Specialty Lines Insurance Company (AISLIC).  Elizabeth Corn, AISLIC's coverage counsel, will also appear in person.  All other parties, counsel, and coverage counsel shall either attend in person or -- at their election -- be available on telephone standby.

**IT IS SO ORDERED.**

Dated: 12/18/06                                    /s/  Howard R. Lloyd
                                                   HOWARD R. LLOYD
                                                   UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Michael K. Johnson johnsonm@lbbslaw.com

Eric J. Kaufman-Cohen eric.kaufman-cohen@usdoj.gov

George H. Keller gkeller@foleylaw.com

Michael A. Naranjo mnaranjo@foley.com, mmcdonald@foley.com

Eileen R. Ridley eridley@foleylaw.com, wdelvalle@foley.com; tschuman@foley.com

Paul Michael Zieff pzieff@rjop.com, kchristensen@rjop.com

A courtesy copy will be faxed to Elizabeth Corn at 843-722-1630.

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   12/18/06            JMM
                              Chambers of Magistrate Judge Howard R. Lloyd