*E-filed 12/21/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHILD DEVELOPMENT INC. et al., | Case No. C04-01909 JW |
| Plaintiffs, | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE (BY TELECONFERENCE)** |
| v. | |
| FOUNDATION INSURANCE CO. et al., | |
| Defendants. | |

Good cause appearing, the court sets a further settlement conference in this matter on **Friday, January 5, 2007 at 2:00 p.m.** The participants, who will appear via teleconference, will be Robert Keaster (coverage counsel for defendants Foundation Insurance Company, InServe Corporation, and Tarheel Insurance Management Company) and Stephen Scott (coverage counsel for insurer American International Specialty Lines Insurance Company (AISLIC)).

The court requests Mr. Scott to initiate the call.

**IT IS SO ORDERED.**

Dated: December 21, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Michael K. Johnson  johnsonm@lbbslaw.com

Eric J. Kaufman-Cohen  eric.kaufman-cohen@usdoj.gov

George H. Keller  gkeller@foleylaw.com

Michael A. Naranjo  mnaranjo@foley.com, mmcdonald@foley.com

Eileen R. Ridley  eridley@foleylaw.com, wdelvalle@foley.com; tschuman@foley.com

Paul Michael Zieff  pzieff@rjop.com, kchristensen@rjop.com

A COPY OF THIS ORDER WILL BE FAXED TO:

Robert Keaster         310-203-9321

Stephen Scott          415-434-0882

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:   12/21/06                    JMM
                                     Chambers of Magistrate Judge Howard R. Lloyd

2