IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Child Development Incorporated, et al., | NO. C 04-01909 JW |
| Plaintiffs<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Foundation Insurance Company, et al., | |
| Defendants. | |

The Court has been advised that the above entitled case has reached a settlement and that the settlement was on the record before Magistrate Judge Lloyd. In light of the settlement, the Court continues the case management conference presently scheduled for January 22, 2007 to **April 30, 2007 at 10 a.m.** If the parties file a stipulated dismissal before the conference date, the conference will be vacated.

Dated: January 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eileen R. Ridley eridley@foleylaw.com
Eric J. Kaufman-Cohen eric.kaufman-cohen@usdoj.gov
George H. Keller gkeller@foleylaw.com
Michael A. Naranjo mnaranjo@foley.com
Michael K. Johnson johnsonm@lbbslaw.com
Paul Michael Zieff pzieff@rjop.com

**Dated:  January 17, 2007**                                     **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers            **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**