**ROGERS JOSEPH O'DONNELL**
PAUL M. ZIEFF (SBN 100520)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828 / Facsimile: 415.956.6457
**Attorneys for Plaintiffs**
**CHILD DEVELOPMENT INCORPORATED,
CONTINUING DEVELOPMENT
INCORPORATED, and CHILD
DEVELOPMENT CENTERS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD DEVELOPMENT INCORPORATED, a California corporation; CONTINUING DEVELOPMENT INCORPORATED, a California corporation; CHILD DEVELOPMENT CENTERS, a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>FOUNDATION INSURANCE COMPANY, a South Carolina corporation; INSERVE CORPORATION, a North Carolina corporation; TARHEEL INSURANCE MANAGEMENT COMPANY, a Delaware corporation; and CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation,<br><br>Defendants.<br><br>And Related Cross-Claims. | Case No. C 04 1909 JW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be and hereby is dismissed with prejudice in its entirety (including the claims asserted by plaintiffs against defendants, and the cross-claim filed by Clarendon National Insurance Company against Foundation Insurance Company, InServe Corporation and Tarheel Insurance Management Company)

pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: April 5, 2007                              ROGERS JOSEPH O'DONNELL

                                        By: _____
                                              PAUL M. ZIEFF
                                              Attorneys for Plaintiffs, CHILD
                                              DEVELOPMENT INCORPORATED,
                                              CONTINUING DEVELOPMENT
                                              INCORPORATED, and CHILD
                                              DEVELOPMENT CENTERS

Dated: April ___, 2007                            FOLEY & LARDNER LLP

                                        By: _____
                                              EILEEN RIDLEY

                                              Attorneys for Defendant
                                              CLARENDON NATIONAL
                                              INSURANCE COMPANY

Dated: April ___, 2007                            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By: _____
                                              MICHAEL K. JOHNSON

                                              Attorneys for Defendants INSERVE
                                              CORPORATION, TARHEEL
                                              INSURANCE MANAGEMENT
                                              COMPANY and FOUNDATION
                                              INSURANCE COMPANY

          IT IS SO ORDERED.


Dated: April_____, 2007
                                              _____
                                              UNITED STATES DISTRICT JUDGE

```
 1  pursuant to Federal Rule of Civil Procedure 41(a)(1).
 2  Dated: April 5, 2007                ROGERS JOSEPH O'DONNELL
 3
 4                          By: /s/ Paul M. Zieff
 5                              PAUL M. ZIEFF
                                Attorneys for Plaintiffs, CHILD
 6                              DEVELOPMENT INCORPORATED,
                                CONTINUING DEVELOPMENT
 7                              INCORPORATED, and CHILD
                                DEVELOPMENT CENTERS
 8  Dated: April 5, 2007                FOLEY & LARDNER LLP
 9
10                          By: /s/ Eileen Ridley
                                EILEEN RIDLEY
11
                                Attorneys for Defendant
12                              CLARENDON NATIONAL
                                INSURANCE COMPANY
13  Dated: April ___, 2007              LEWIS BRISBOIS BISGAARD & SMITH LLP
14
15                          By: _____
                                MICHAEL K. JOHNSON
16
                                Attorneys for Defendants INSERVE
17                              CORPORATION, TARHEEL
                                INSURANCE MANAGEMENT
18                              COMPANY and FOUNDATION
                                INSURANCE COMPANY
19
20          IT IS SO ORDERED.
21
22  Dated: April_____, 2007
                                        _____
23                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28
```

```
 1 | pursuant to Federal Rule of Civil Procedure 41(a)(1).
 2 | Dated: April 5, 2007                    ROGERS JOSEPH O'DONNELL
 3 |
 4 |                                   By:   /s/ Paul M. Zieff
 5 |                                         PAUL M. ZIEFF
   |                                         Attorneys for Plaintiffs, CHILD
   |                                         DEVELOPMENT INCORPORATED,
 6 |                                         CONTINUING DEVELOPMENT
   |                                         INCORPORATED, and CHILD
 7 |                                         DEVELOPMENT CENTERS
 8 | Dated: April ___, 2007                  FOLEY & LARDNER LLP
 9 |
10 |                                   By: _____
   |                                         EILEEN RIDLEY
11 |                                         Attorneys for Defendant
   |                                         CLARENDON NATIONAL
12 |                                         INSURANCE COMPANY
13 | Dated: April 6, 2007                    LEWIS BRISBOIS BISGAARD & SMITH LLP
14 |
15 |                                   By:   /s/ Michael K. Johnson
   |                                         MICHAEL K. JOHNSON
16 |                                         Attorneys for Defendants INSERVE
   |                                         CORPORATION, TARHEEL
17 |                                         INSURANCE MANAGEMENT
   |                                         COMPANY and FOUNDATION
18 |                                         INSURANCE COMPANY
19 |
20 |           IT IS SO ORDERED.
21 |
22 | Dated: April 9, 2007                    /s/ James Ware
23 |                                         UNITED STATES DISTRICT JUDGE
```

Stipulation And Order For Dismissal Of Entire Action With Prejudice – C04-1909 JW

Page 2

256699.1